## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **PROGRESS FOR BAKERSFIELD VETERANS LLC,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**THE UNITED STATES,** )<br>)<br>*Defendant*, )<br>)<br>**SASD DEVELOPMENT GROUP, LLC,** )<br>)<br>*Defendant-Intervenor.* )<br>) | Case No. 21-2150<br><br>Senior Judge Eric G. Bruggink |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Progress for Bakersfield Veterans LLC in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on March 11, 2022.

/s/ Elizabeth N. Jochum
Elizabeth N. Jochum
Counsel of Record
BLANK ROME, LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2201, Fax: 202-420-2201
E-Mail: elizabeth.jochum@blankrome.com